IN THE UNITED STATES DISTRICT COURT FOR

THE <u>Middle</u> DISTRICT OF TENNESSEE

_____ DIVISION

<u>Samuel G. Dorsey</u>                )
_____  )
_____  )
       PLAINTIFF    )
                         )
VS.                      )    CIVIL ACTION NO._____
                         )
<u>Metropolitan Government of Nashville</u> )
<u>and Davidson County and Davidson</u>    )
<u>County sheriff's office</u>              )
       DEFENDANT    )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER

42 U.S.C. § 1983

I. Previous Lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes___ NO ✓

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit

      Plaintiffs:_____

      Defendants:_____

      2. Court (if federal court, name the district; if state

court, name the county.):

_____

3. Docket Number: _____

4. Name of judge to whom case was assigned: _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement Davidson County Sheriff's Office

  A. Is there a prisoner grievance procedure in this institution? Yes ✓ No ____

  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ✓ No ____

  C. If your answer is Yes:

   1. What steps did you take: file a grievance about the mental ill inmate that keep me up every nite by hitting and slapping himself in the head

   2. What was the result? No action was taken, the Sgt on third shift know of this problem as well as the mental health department, no response

  D. If your answer is NO, explain why not: _____

_____

III. Parties

(In Item B below, place the full name of the defendant in the blank marked B and his official position and place of employment. In Item A, place your full name and address. Do the same for additional plaintiffs, if any).

  A. Name of plaintiff Samuel G. Dorsey
     Address 448 2nd Ave North, Nashville, TN. 37201

  B. Defendant _____ is employed as

     _____ at _____

C. Additional Defendants: <u>Metropolitan Government of Nashville and Davidson County and Davidson County sheriff's office</u>

IV. State of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.

(1) On Dec 15, 2010 at D.C.S.O Approx 1:30 Am I was awaken by an inmate in 3C cell 3 bunk 5 on the third floor hitting himself in the head. The officer on third shift came in to see what the problem was because it was so loud. The officer asked him was everything ok and he needed to stop! Once the officer left out of the pod he continue to hit himself in the head disturbing me out of my sleep! I am a pre-trial Detainee and senc Dec 15, 2010 I have been disturbed out of my sleep every night by the mental ill inmate or pre-trial detainee also. It causing me physical pain to my injury beca of the unnecessary moving to try and drain out the noise so I can get some sleep and causing me Mental Anguish! It has caused significant disruption in my everyday life and preventing his functioning in general population without disturbing or endangering other or himself Davidson County sheriff office prison officials has fail to separate Mentally ill from the Mentally healthy and Mixing mentally ill with those who are not mentally ill violate the rights of both groups. Deficiencies in various aspects of psychiatric care and treatment. failure to hospitalize inmates whose conditions cannot adequately be treated in prison. (2) Metropolitan Government of Nashville and Davidson County inadequate space for mental health facilites at D.C.S.O. The failure to train correctional staff to deal wit mentally ill inmates and pre-trial detainee's. Woefully short Mental health staff

V. Relief

1. Compensated by Metro Government of Nashville and Davidson County for my pain and suffering that is cause almost every night, my Mental Anguish and ~~~~ for violating my rights
2. Compensated by Davidson County sheriff's for my pain and suffering Mental Anguish and be disturb out my sleep by a Mental ill inmates
3. Separate Mentally ill inmates and pre-trial detainee's from Mentally health
4. Compensated for my embarrassment, humiliation and pain I go through every night by asking the mentally ill inmate to please stop and he don't
5. Compensated for my personal injury suffered due to the experienced of Mental Anguish

I (We) hereby certify under penalty of perjury that the above petition is true to the best of our information, knowledge, and belief.

Signed this __1__ day of __Feb__, __2011__.

Samuel G Dorsey

(Signature of Plaintiff(s) )

Samuel G. Dorsey #292846
D.C.S O
P.O. Box 196383
Nashville, TN. 37219

LEGAL MAIL

NASHVILLE TN ···

RECEIVED
FEB - 4 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.



United States District Court for Th
Middle District of Tennessee
801 Broadway, Suite 800
Nashville, TN. 37203

372034-3069

LEGAL MAIL

The Davidson County Sheriff's Office has neither censored nor inspected this item, therefore this agency does not assume responsibility for the content