# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SAMUEL GREGORY DORSEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:11-0111 |
| | ) | Judge Trauger |
| METROPOLITAN GOVERNMENT FOR | ) | Magistrate Judge Griffin |
| NASHVILLE & DAVIDSON COUNTY and | ) | |
| SHERIFF'S DEPARTMENT, DAVIDSON | ) | |
| COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On April 14, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 9), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this case. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED** under 28 U.S.C. § 1915(e)(2). This dismissal shall count as a strike for purposes of 28 U.S.C. § 1915(g).

Any appeal taken from this Order would not be in good faith under 28 U.S.C. § 1915(a)(3).

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 25th day of May 2011.

_____
ALETA A. TRAUGER
U.S. District Judge